```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:22-00164

SHAWN K. BEVER

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant for extension of time to file his reply memorandum, and to continue pretrial motions hearing and trial and for a finding of excludable time under the Speedy Trial Act.  (ECF No. 26.)  In support of defendant's motion, counsel for defendant explains that (1) defendant's counsel has ongoing medical issues that will be treated on October 24 and 25, 2022; (2) the government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline to file a reply memorandum is extended to October 31, 2022;

2. The Pretrial Motions Hearing is continued to **November 15, 2022,** at 11:00 a.m. in Charleston;

3. Jury Instructions and Proposed Voir Dire are due by **November 25, 2022;**

4. Trial of this action is continued to **December 7, 2022,** at 9:30 a.m. in Charleston; and

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 19th day of October, 2022.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge